# Illinois Department of Insurance

SUMMONS

COPY

BRUCE RAUNER
Governor

ANNE MELISSA DOWLING
Acting Director

August 8, 2016

Nautilus Insurance Company
7233 East Butherus Drive
Scottsdale, AZ 85260

Re: Case #1:16CV07805

Gentlemen:

Enclosed please find copy of Summons in a Civil Case and Complaint for Declaratory judgment and Other Relief received by me as your agent for service of process at 9:30 a.m. on August 4, 2016, in my Chicago office in the case of Amerisure Insurance Company vs. your company, et al.

We assume that this is substituted service on the company as provided in Section 123 of the Illinois Insurance Code, in view of the fact that you are not licensed in this State.

We suggest that you take the necessary steps to respond to this action.

Sincerely,

Anne Melissa Dowling
Acting Director of Insurance

AMD:MS:alt
Enclosure

CERTIFIED MAIL
RETURN RECEIPT REQUESTED

**SENDER: *COMPLETE THIS SECTION***

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:
Nautilus Insurance Company
7233 East Butherus Drive
Scottsdale, AZ 95260

8/8/2016 1:02:37PM

9290 9969 0099 9709 6055 42

2. Article Number *(Transfer from service label)*
9214 7969 0099 9790 1609 6055 35

PS Form 3811, April 2015 PSN 7530-02-000-9053

***COMPLETE THIS SECTION ON DELIVERY***

A. Signature
X [signature] ☐ Agent ☐ Addressee

B. Received by *(Printed Name)* [handwritten name]

C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES enter delivery address below: ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt

PHOENIX AZ 852
12 AUG '16

UNITED STATES POSTAL SERVICE

File: 1:16CV07805 ALT

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4® in this box •

**Financial Corporate Regulatory**
**Illinois Dept of Insurance**
**320 West Washington**
**Springfield, IL 62767**

9290 9969 0099 9709 6055 42